# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW
PARK 80 WEST - PLAZA ONE ▪ 250 PEHLE AVENUE, SUITE 401 ▪ SADDLE BROOK, N.J. 07663
201-845-9600 ▪ FAX 201-845-9423

General E-mail: clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

Peter S. Pearlman, Esq.
psp@njlawfirm.com
Direct Dial: 551-497-7131
Cell: 201-709-0597

April 16, 2012

**VIA ECF**

Honorable Anne E. Thompson, Senior U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 7050
Trenton, NJ 08608

Re: *City and County of Denver, Colorado, acting by and through its Board of Water Commissioners v. McWane, Inc., et al.*
*Civil Action No.: 12-1994*

*John Hoadley and Sons, Inc. v. McWane, Inc., et al.*
*Civil Action No.: 12-711*

*Thompson Distribution v. Sigma Corp., et al.*
*Civil Action No:. 12-717*

*Water Line Supply LLC, et al. v. Sigma Corp., et al.*
*Civil Action No.: 12-788*

*Hi Line Supply Co., Ltd. v. Sigma Corp., et al.*
*Civil Action No.: 12-859*

*Summit Pipe & Supply Co., Inc., et al. v. Sigma Corp., et al.*
*Civil Action No.: 12-1331*

*Coastal Plumbing Supply v. Sigma Corporation, et al.*
*Civil Action No.: 12-1819*

*Joanne B. Freidmeyer v. Sigma Corp., et al.*
*Civil Action No.: 12-2018*

Dear Judge Thompson:

In accordance with Your Honor's Order of April 5, 2012 and Your Honor's further authorization of April 11, 2012 (Doc. No. 20) enclosed please find on behalf of plaintiff City and County of Denver the requested one page diagram of how it envisioned the roles of lead and

**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
COUNSELLORS AT LAW

April 16, 2012
Page 2

liaison counsel to be structured and a proposed order setting forth the roles of assigned counsel if the Court rules these cases are to be consolidated in whole or in part.

                                                      Respectfully yours,

                                                      */s/ Peter S. Pearlman*

                                                      Peter S. Pearlman

PSP:glv
Enclosure
cc:   All Counsel of Record (via ECF w/enc.)